E-FILED
Wednesday, 21 November, 2007  02:04:53 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

LAWRENCE V. CARTY

Plaintiff(s)

vs.

DOUGLAS P. SCOTT
ILLINOIS EPA
GARY GERMAN
STEVE GUMBLE
BERNIE KILLIAN
JON WILSON

Defendant(s)

FILED
NOV 21 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Case No: 07-2214

PRO SE COMPLAINT AGAINST EMPLOYMENT DISCRIMINATION, UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. §§ 2000e-5

I. PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

A. Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

(✓) YES

( ) NO

B. If your answer is YES, describe the EEOC proceeding:

1. Parties to the previous EEOC proceeding:

Petitioner (s) _____

_____

_____

Page 2

Respondent (s) __ILLINOIS EPA__

2. Location of EEOC office that handled your charge __CHICAGO DISTRICT OFFICE__

3. Docket or case number of your charge: __210-2006-00345__

4. Disposition (what was the final result of your charge): __ISSUANCE OF RIGHT TO SUE LETTER__

5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

   (✓) YES

   ( ) NO

6. Date of filing charge before EEOC: __NOVEMBER 4 2005__

7. Date of disposition by EEOC: __AUGUST 24 2007__

C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

II. PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

A. Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

   ( ) YES

   (✓) NO

2

Page 3

    B.  If your answer is YES, describe each legal proceeding:

        1. Parties to the previous legal proceeding:
           Plaintiff(s) or petitioner(s) _____

_____

_____

          Defendant(s) or respondent(s) _____

_____

_____

        2. Name of court or agency: _____

_____

_____

        3. Docket or case number: _____

        4. Name of the judge or hearing officer: _____

_____

        5. Disposition (for example: Was the case dismissed? Who won? Was there an appeal? Is the appeal pending or final? _____

_____

_____

_____

_____

        6. Date of beginning previous proceeding:_____

        7. Date of disposition of proceeding:_____

NOTE: If there was more than one previous legal proceeding, excluding an EEOC proceeding, describe them on separate sheets of paper. Follow the outline above, label the sheets clearly, and attach them to this pro se complaint.

Page 4

  C. Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

    ( ) YES

    ( ) NO

III. PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

  A. Plaintiff(s)

   1. Your full name  LAWRENCE VERNE CARTY

   2. Your address  2906 RACHEL ROAD CHAMPAIGN ILLINOIS 61822

   3. Names and addresses of other plaintiffs, if any (You should name other plaintiffs only if they were petitioners with you in a previous EEOC proceeding, or else if EEOC began a previous proceeding on behalf of you and them): _____

   (Use a separate sheet if necessary; label it clearly if so)

  B. Have you attached a separate sheet naming other plaintiffs?

    ( ) YES

    ( ) NO

  C. Defendant(s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

   1. Full name (individual or firm):  DOUGLAS P. SCOTT

4

Page 5

2. Business address: 1021 NORTH GRAND AVE. EAST P.O BOX 19276 SPRINGFIELD ILLINOIS 62794-9276

3. Job position (if individual) AGENCY HEAD

4. Status as an entity (if defendant is a business firm):

( ) Corporation

( ) Partnership

( ) Sole Proprietorship

( ) Other   STATE AGENCY

(If you do not know this information, and you cannot find out by reasonable means, ask the defendant for it. If the defendant will not tell you, leave this section blank.)

5. Names, business addresses, and job position or entity status of other defendants, if any (you should name additional defendants only if they were named as respondents in a previous EEOC proceeding brought by you or on your behalf): 

JON WILSON, LABORATORY MANAGER

(Use a separate sheet if necessary; label it clearly if so)

D. Have you attached a separate sheet naming other defendants?

( ) YES

( ) NO

5

Page 6

IV. STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

A. Were you:
( ) Not hired?
( ) Discharged?
( ) Suspended?
( ) Demoted?
( ) Denied Promotion?
( ) Denied Wage Increases?
( ) Other (please specify)  RETALIATORY DISCIPLINE

B.   State here as briefly, concisely and clearly as possible the essential facts of your claim. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. Include precisely how each defendant in this action is involved. Include the names of other persons involved who are not defendants; give dates and place. Concentrate on describing as clearly and simply as possible the employment practice you allege to be illegal, and how it discriminated against you. IT IS NOT NECESSARY TO MAKE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. IN MOST CIRCUMSTANCES, THIS ONLY MAKES THE CLAIM OF A LAYMAN MORE DIFFICULT TO UNDERSTAND. AS MUCH AS POSSIBLE, LET THE FACTS SPEAK FOR THEMSELVES.

I FILED AN E.E.OC COMPLAINT IN 2004 CONTENDING THAT THE HIRING OF JON WILSON AS LABORATORY MANAGER WAS DISCRIMINATORY EVEN THOUGH HE WAS AN AFRICAN-AMERICAN. JON WILSON WAS THE LEAST QUALIFIED (SCORED LOWEST ON EXAM) OF ALL CANDIDATES BOTH BLACK & WHITE. HE PERSONALLY EXPRESSED HIS ANGER OVER MY FILING OF THE COMPLAINT, AND THEN PROCEEDED TO ENGAGE IN AN ON-GOING CAMPAIGN OF RETALIATORY DISCIPLINARY ACTION AGAINST ME WHICH HAD NO BASIS

DO NOT FEEL COMPELLED TO USE ALL THE SPACE.

Page 7

V.   RELIEF YOU REQUEST

Check below what you want the court to do for you. You may make as many checks as you like.

(✓) Should you prevail in this lawsuit, award you back pay.

(✓) Should you prevail in this lawsuit, reinstate you in your old position.

(✓) Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

( ) Other _____

VI.  JURY DEMAND

(✓) YES                    ( ) NO

Signed this __21__ day of __NOVEMBER__, 20_07_

_____
(Signature of Plaintiff or Plaintiffs)

ADDRESS: 2906 RACHEL ROAD
CHAMPAIGN IL 61822

PHONE NO.: 217-352-1024

7



**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5057 4260

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

August 24, 2007

Mr. Lawrence V. Carty
c/o Gary R. Lietz, Esquire
Law Offices of Lietz, Banner & Ford
Attorney at Law
1605 S. State St., Ste. 103
Champaign, IL  61620

Re:  EEOC Charge Against Illinois Environmental Protection Agency
     No. 210200600345

Dear Mr. Carty:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                Sincerely,

                                Wan J. Kim
                                Assistant Attorney General
                                Civil Rights Division

                         by     *Karen S. Ferguson*
                                Karen L. Ferguson
                                Supervisory Civil Rights Analyst
                                Employment Litigation Section

cc:  Chicago District Office, EEOC
     Illinois Environmental Protection Agency