AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

LAWRENCE V. CARTY

V.

DOUGLAS P. SCOTT
(ILLINOIS EPA)
BERNIE KILLIAN
CARY GERMAN
STEVE GOBBLE
JON WILSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2214

TO: (Name and address of Defendant)

DOUGLAS P. SCOTT
1021 NORTH GRAND AVENUE EAST
P.O BOX 19276
SPRINGFIELD ILLINOIS 62794-9276

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within \_\_\_60\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ V. Ball

(By) DEPUTY CLERK

DATE  11/21/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

LAWRENCE V. CARTY

v.

DOUGLASS P SCOTT
GARY GERMAN
(ILLINOIS EPA
BERNIE KILLIAN)
STEVE GUMBLE
JON WILSON

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-2214

TO: (Name and address of Defendant)

GARY GERMAN
1021 NORTH GRAND AVENUE EAST
P.O BOX 19276
SPRINGFIELD ILLINOIS 62794-9276

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

CLERK

s/ V. Ball

(By) DEPUTY CLERK

DATE   11/21/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

LAWRENCE V CARTY

V.

ILLINOIS EDA
DOUGLAS P. SCOTTAN
BERNIE KILLIAN
GARY GERMAN
STEVE GUMBLE
JON WILSON

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-2214

TO: (Name and address of Defendant)

STEVE GUMBLE
1021 NORTH GRAND AVENUE EAST
P.O BOX 19276
SPRINGFIELD ILLINOIS 62794-9276

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                     11/21/07

CLERK                                                 DATE

s/ V. Ball

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

LAWRENCE V. CARTY

V.

ILLINOIS EPA
DOUGLAS P. SCOTT
BERNIE KILLIAN
GARY GERMAN
STEVE GUMBLE
JON WILSON

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-2214

TO: (Name and address of Defendant)

JON WILSON
1021 NORTH GRAND AVENUE EAST
P.O BOX 19276
SPRINGFIELD ILLINOIS 62794-9276

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within \_\_\_60\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                    11/21/07

CLERK                                                DATE

s/ V. Ball

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

LAWRENCE V. CARTY

V.

ILLINOIS EPA
DOUGLAS P. SCOTT
BERNIE KILLIAN
GARY GERMAN
STEVE GUMBLE
JON WILSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2214

TO: (Name and address of Defendant)

BERNIE KILLIAN
1021 N GRAND AVE EAST
SPRINGFIELD IL 62974-9276

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within \_\_\_60\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters                                                                    11/21/07

CLERK                                                                                      DATE

s/ V. Ball

(By) DEPUTY CLERK