UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

Administrative Order Regarding Service in Pro Se Cases

Pursuant to Federal Rule of Civil Procedure 4, a copy of which is attached, you are required to serve a summons and copy of the complaint on all defendants in your case. You may not serve the defendants yourself. Rather, "[s]ervice may be effected by any person who is not a party and who is at least 18 years of age." Fed. R. Civ. P. 4(c)(2). Federal Rule of Civil Procedure 4 also sets forth the manner in which service should be effected based upon the type of defendant served. For instance, there are different standards for service of an individual as opposed to a corporation. See Fed. R. Civ. P. 4(e) & (h). You are required to serve summons and a copy of the complaint within 120 days of filing your complaint with this court. See Fed. R. Civ. P. 4(m). You may also accomplish service by complying with the guidelines for waiver of service set forth in Federal Rule of Civil Procedure 4(d). **If you have not completed service at the end of the 120 days, your case is subject to dismissal.** See Fed. R. Civ. P. 4(m).

_____
MICHAEL P. McCUSKEY
CHIEF JUDGE