AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of _____

LAWRENCE V CARTY

v.

DOUGLAS P. SCOTT
BERNIE KILLIAN
GARY GERMAN
STEVE GLIMBLE
JON WILSON

ALIAS SUMMONS IN A CIVIL ACTION

CASE NUMBER: 07-2214

TO: (Name and address of Defendant)

GARY GERMAN
ILLINOIS EPA
1021 N. GRAND AVE
SPRINGFIELD IL 62794-9276

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAWRENCE V. CARTY
2906 RACKOZ ROAD
CHAMPAIGN IL 61822

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Pamela E. Robinson            4/10/08
CLERK                          DATE
s/S. Johnson
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

LAWRENCE V CARTY ALIAS

V.

DOUGLAS P. SCOTT
BERNIE KILLIAN
GARY GERMAN
STEVE GUMBLE
JON WILSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2214

TO: (Name and address of Defendant)

DOUGLAS P. SCOTT, ILLINOIS EPA
1021 N GRAND AVE
SPRINGFIELD IL 62974-9276

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAWRENCE V. CARTY
2906 RACHEL ROAD
CHAMPAIGN IL 61822

an answer to the complaint which is served on you with this summons, within \_\_\_60\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Pamela E. Robinson                                      4/10/08

CLERK                                                   DATE

s/S. Johnson

(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

LAWRENCE V CARTY        ALIAS        SUMMONS IN A CIVIL ACTION

V.

DOUGLAS P. SCOTT
BERNIE KILLIAN
GARY GORMAN
STEVE GUMBLE
JON WILSON

CASE NUMBER: 07-2214

TO: (Name and address of Defendant)

JON WILSON
ILLINOIS EPA
1021 N GRAND AVE
SPRINGFIELD IL 62974-9276

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

LAWRENCE V. CARTY
2906 RACHEL ROAD
CHAMPAIGN IL 61822

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Pamela E. Robinson                    4/10/08
CLERK                                 DATE

S/S. Johnson
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

LAWRENCE V. CARTY    ALIAS

SUMMONS IN A CIVIL ACTION

V.

DOUGLAS P. SCOTT
BERNIE KILLIAN
GARY GORMAN
STEVE GLIMBLE
JON WILSON

CASE NUMBER: 07-2214

TO: (Name and address of Defendant)

BERNIE KILLIAN
ILLINOIS EPA
1021 N GRAND AVE
SPRINGFIELD IL 62974-9276

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAWRENCE V. CARTY
2906 RACHEL ROAD
CHAMPAIGN IL 61822

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Pamela E. Robinson        4/10/08
CLERK                     DATE

s/S. Johnson
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

LAWRENCE V. CARTY  ALIAS

V.

DOUGLAS P. SCOTT
BERNIE KILLIAN
GARY GORMAN
STEVE GUMBLE
JON WILSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2214

TO: (Name and address of Defendant)

STEVE GUMBLE
ILLINOIS EPA
1021 N GRAND AVE
SPRINGFIELD IL 62974-9276

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAWRENCE V. CARTY
2906 RACHEL ROAD
CHAMPAIGN IL 61822

an answer to the complaint which is served on you with this summons, within \_\_\_60\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Pamela E. Robinson             4/10/08
CLERK                          DATE

s/S. Johnson
(By) DEPUTY CLERK