E-FILED
Tuesday, 22 April, 2008  12:53:02 PM
Clerk, U.S. District Court, ILCD



# SANGAMON COUNTY SHERIFFS OFFICE
"Keeping the Peace Since 1821"

Administration - (217) 753-6855 -
Civil Process/Records - (217) 753-6846

NEIL M. WILLIAMSON
#1 Sheriffs Plaza
Springfield, Illinois 62701

Investigations - (217) 753-6840
Corrections - (217) 753-6886

I, <u>Robert R. Meacham II #5019</u> certify that I served this summons follows:

**FILED**
APR 2 2 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLIN
URBANA, ILLINOIS

☐ **Personal service** on an individual, by leaving a copy of the summons and complaint with the defendant personally

☐ **Abode service** on an individual, by leaving a copy of the summons and complaint with a member of the household thirteen (13) years or older, informing said person of the contents thereof, and also by sending a copy of the summons, in a sealed envelope, postage paid, to the individual listed in the summons.

☒ **Corporation service**, by leaving a copy of the summons and complaint with an agent or officer of the corporation listed in the summons.

☐ **Other service**, as described below.

Case Number  07-2214
Name of defendant  Gary Gorman
Name of other person Summons left with  Scott Phillips
Sex (M) F )  Race W  Approx. age 50's
Date of Service  4-15-08  Time  12:35
Date of Mailing _____
Address at which paper was served:
  1021 N. Grand E.

Service fees $30.00

Neil Williamson, Sheriff of Sangamon County

By, R W Meacham #5019 , Civil Process Officer

IN PARTNERSHIP WITH THE COMMUNITY

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

RECEIVED
APR 1 1 2008
SHERIFF'S OFFICE
RECORD SECTION

LAWRENCE V CARTY

V.

DOUGLAS P. SCOTT
BERNIE KILLIAN
GARY GERMAN
STEVE GLIMBLE
JON WILSON

ALIAS **SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-2214

TO: (Name and address of Defendant)

GARY GERMAN
ILLINOIS EPA
1021 N. GRAND AVE
SPRINGFIELD IL 62794-9276

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LAWRENCE V. CARTY
2906 RACKOZ ROAD
CHAMPAIGN IL 61822

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/Pamela E. Robinson
CLERK

4-10-08
DATE

s/S. Johnson
(BY) DEPUTY CLERK

363148
$30

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
               Date                    *Signature of Server*

                                       _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.