E-FILED
Friday, 29 August, 2008 03:14:16 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LAWRENCE V. CARTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 07-2214 |
| | ) |
| DOUGLAS P. SCOTT, BERNIE KILLIAN, | ) |
| GARY GERMAN, STEVE GUMBLE, | ) |
| and JON WILSON, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS

NOW COME the Defendants, GARY GERMAN, STEVE GUMBLE, BERNIE KILLIAN, DOUGLAS SCOTT, and JON WILSON, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Fed. R. Civ. P. 12(b)(6) hereby submit their motion to dismiss. In support thereof, Defendants state as follows:

1. Individuals are not amenable to suit under Title VII.

2. A memorandum of law in support of the foregoing is attached hereto and incorporated herein.

WHEREFORE, for the above and foregoing reasons, Defendants pray this Honorable Court grant their motion to dismiss.

Respectfully submitted,

GARY GERMAN, STEVE GUMBLE, BERNIE KILLIAN, DOUGLAS SCOTT, and JON WILSON,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois

By:  s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LAWRENCE V. CARTY, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 07-2214 ) |
| DOUGLAS P. SCOTT, BERNIE KILLIAN, GARY GERMAN, STEVE GUMBLE, and JON WILSON, | ) ) ) ) |
| Defendants. | ) ) |

### CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2008, I electronically filed a Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on August 29, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Lawrence V. Carty
2906 Rachel Road
Champaign, Illinois  61822

Respectfully Submitted,
 s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
E-Mail:  kchoate@atg.state.il.us