E-FILED
Friday, 29 August, 2008 03:15:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LAWRENCE V. CARTY, | ) |
|     Plaintiff, | ) |
| -vs- | ) No. 07-2214 |
| DOUGLAS P. SCOTT, BERNIE KILLIAN, GARY GERMAN, STEVE GUMBLE, and JON WILSON, | ) |
|     Defendants. | ) |

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

NOW COME the Defendants, GARY GERMAN, STEVE GUMBLE, BERNIE KILLIAN, DOUGLAS SCOTT, and JON WILSON, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and in support of their Motion to Dismiss, submit the following:

### Background

Plaintiff is a former employee of the Illinois Environmental Protection Agency (EPA). He brought his complaint pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et. seq.  He claims he filed a charge against the Illinois EPA with the EEOC in 2004 about the hiring of Defendant Jon Wilson, an African American.  Plaintiff, also an African American, alleged in his EEOC complaint that Mr. Wilson should not have been hired because he had the lowest test scores of any of the candidates.  In the instant complaint, Plaintiff alleges Defendant Wilson expressed his anger about the 2004 complaint to the EEOC, and then engaged in an on-going campaign of "retaliatory disciplinary action" with no basis.  Plaintiff seeks back pay, reinstatement in his old position, and costs of his suit.

### Argument

**Individuals Are Not Amenable to Suit Under Title VII.**

Title VII of the Civil Rights Act of 1991, as amended allows an employee to seek "appropriate remedies for intentional discrimination and unlawful harassment in the workplace."

Williams v. Banning, 72 F.3d 552 (7th Cir. 1995). However, liability does not extend to individuals, as a supervisor in his individual capacity does not fall within Title VII's definition of employer. Williams at 555 *see also* Gastineau v. Fleet Mortgage Corp., 137 F.3d 490, 493 (7th Cir. 1998); Silk v. City of Chicago, 194 F.3d 788 FN5 (7th Cir. 1999).

In this case, Plaintiff named as individual defendants, the Illinois Environmental Protection Agency, Douglas P. Scott, Gary German, Steve Gumble, Bernie Killian, and Jon Wilson. However, Plaintiff never served the EPA with summons and complaint, rather, he served the individual defendants. He does not name any individual on behalf of the agency, nor does he serve the agency through any of the defendants. Even though Douglas Scott is the Director of the EPA, he is named along with the agency itself and four other individuals. This indicates these defendants are sued in their individual capacities, and cannot be liable under Title VII.

## CONCLUSION

Because Plaintiff sued these individual defendants, who do not meet the definition of "employer" under Title VII, his case against these defendants must be dismissed.

> Respectfully submitted,
>
> GARY GERMAN, STEVE GUMBLE, BERNIE KILLIAN, DOUGLAS SCOTT, and JON WILSON,
>
> Defendants,
>
> LISA MADIGAN, Attorney General,
> State of Illinois
>
> By:  s/ Kelly R. Choate
> Kelly R. Choate, #6269533
> Assistant Attorney General
> Attorney for Defendants
> 500 South Second Street
> Springfield, Illinois  62706
> Telephone:  (217) 782-9026
> Facsimile:   (217) 524-5091
> E-Mail:  kchoate@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| LAWRENCE V. CARTY, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )  No. 07-2214 |
| DOUGLAS P. SCOTT, BERNIE KILLIAN, GARY GERMAN, STEVE GUMBLE, and JON WILSON, | ) ) ) ) ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2008, I electronically filed a Memorandum of Law in Support of Defendants' Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

None

and I hereby certify that on August 29, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

Lawrence V. Carty
2906 Rachel Road
Champaign, Illinois 61822

Respectfully Submitted,
s/ Kelly R. Choate
Kelly R. Choate, #6269533
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: kchoate@atg.state.il.us