E-FILED
Tuesday, 02 September, 2008 10:37:13 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

September 2, 2008

Lawrence Carty
2906 Rachel Rd.
Champaign, IL   61822

RE: LAWRENCE CARTY v DOUGLAS SCOTT, ET AL
CASE NO. 07-2214

Dear Mr. Carty:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                            s/Pamela E. Robinson, Clerk
                                            PAMELA E. ROBINSON, CLERK
                                            U.S. DISTRICT COURT

cc:  all counsel